**WESTERN COMPRESS & STORAGE CO. v. WHALEY et al.   (No. 1298.)**

(Court of Civil Appeals of Texas. El Paso. March 2, 1922. Rehearing Denied March 23, 1922.)

1. Appeal and error ⬅⟹773(4)—Where appellant filed no brief, cause affirmed in absence of fundamental error.

Where appellant has filed no briefs, and upon careful investigation of the record the Court of Appeals finds no fundamental error, the cause will be affirmed.

2. Costs ⬅⟹260(1)—10 per cent. penalty will be assessed where appeal is merely for delay.

Where an appeal is for the purpose of delay only, a 10 per cent. penalty will be assessed as prayed for.

Appeal from Nolan County Court; A. S. Mauzey, Judge.

Suit by T. E. Whaley and another against the Western Compress & Storage Company and another. Judgment for plaintiff against the defendant Compress Company, and in favor of the defendant Sheppard that plaintiff take nothing, and the Compress Company appeals. Affirmed.

Kirby, King & Overshiner, of Abilene, for appellant.

Harry R. Bondies, of Sweetwater, for appellee T. E. Whaley & Co.

T. V. Woodruff, of Sweetwater, for appellee Sheppard.

HARPER, C. J. This suit was instituted by the appellees and against appellants and R. C. Sheppard for $250, the alleged value of a bale of cotton, charged to have been converted to the use of one of the defendants. Both defendants answered by general demurrer and general denial. Judgment was rendered for plaintiff against defendant compress company for $229.14, and in favor of defendant Sheppard that plaintiff take nothing, from which an appeal has been perfected by the compress company.

[1] No briefs have been filed by the appellant. Upon careful investigation of the record we find no fundamental error, so the cause is affirmed.

[2] Appellees have filed suggestion that this appeal is for delay only, and prayed for 10 per cent. penalty. The court is of the opinion that it clearly appears that this appeal is for delay only, and for that reason assesses 10 per cent. penalty for delay as prayed for.

Affirmed.